Annette DEBERRY, Appellant,

v.

UNITED STATES of America, Appellee.

No. 02–5320.

United States Court of Appeals, District of Columbia Circuit.

March 25, 2003.

Before GINSBURG, Chief Judge, and HENDERSON and RANDOLPH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

ORDERED AND ADJUDGED that the district court's order of August 22, 2002, be affirmed. Appellant's complaint is "clearly baseless." *See Neitzke v. Williams,* 490 U.S. 319, 327–28, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.